BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-0007-GGH |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | WITH PREJUDICE |
| SAMUEL BLACK | ) | |
| Defendant. | ) | |

It is ordered that the Information in the above captioned case is dismissed with prejudice upon the government's motion.

DATED: November 8, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1